GERTRUDE BEVERETTE, *Appellant,* v. ANNIE GRAHAM, and her husband, THADDEUS GRAHAM: ABNER BURTON and his wife, MRS. ABNER BURTON: and JULIUS BURTON, and his wife, MRS. JULIUS BURTON, *Appellees.*

Opinion filed March 5, 1931.

*F. W. Marsh,* for Appellant;

*Wm. Fisher,* for Appellees, Annie Graham et vir.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the court as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby, reversed and the cause is remanded with leave to the complainant to bring a new suit without prejudice.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., concur.